**Entered on Docket**
**April 08, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

___

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
ACE C. VAN PATTEN (NV Bar #11731)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

Attorneys for Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ERICK ALBERTO RODRIGUEZ,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-10-11172-MKN<br>Chapter 7<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:   March 24, 2010<br>Time:   1:30 p.m. |

1         A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to
2 Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, formerly
3 known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on
4 regularly for hearing in the United States Bankruptcy Court before the Honorable Mike K.
5 Nakagawa, Ace Van Patten appearing on behalf of Secured Creditor.

6         The court having duly considered the papers and pleadings on file herein and
7 being fully advised thereon and finding cause therefor:

8         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing is
9 continued until April 28, 2010:

10         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the automatic
11 stay of 11 U.S.C. § 362 shall be modified to allow Creditor to offer and provide Debtors with
12 information regarding a potential Forbearance Agreement, Loan Modification, Refinance
13 Agreement, Short Sale or other Loan Workout/Loss Mitigation Agreement, to enter into such an
14 agreement with Debtors, and to record any such agreement with the appropriate county recorder's
15 office in regard to the real property commonly known as 2494 Maple Berry Court, Las Vegas,
16 Nevada 89135 ("Real Property"), which is legally described as:

17         SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART
18         HEREOF.

19

20 APPROVED/DISAPPROVED     APPROVED/DISAPPROVED

21

22 SAMUEL A. SCHWARTZ     WILLIAM A. LEONARD
    DEBTOR(S) ATTORNEY     TRUSTEE

23 /./././
24 /./././
25 /./././
26 /./././
27 /./././
28 /./././

**EXHIBIT "A"**

PARCEL ONE (1):

LOT FOURTEEN (14) BLOCK FORTY-FOUR (44) OF RED ROCK COUNTRY CLUB AT SUMMERLIN – UNIT 1C, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 85, OF PLATS, PAGE 83, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON AND OVER THE COMMON AREA AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SUMMERLIN SOUTH COMMUNITY ASSOCIATION RECORDED SEPTEMBER 29, 1997 IN BOOK 970929 AS DOCUMENT NO. 00789, AND RE-RECORDED OCTOBER 8, 1997 IN BOOK 971008 AS DOCUMENT NUMBER 00484, AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR RED ROCK COUNTRY CLUB RECORDED FEBRUARY 9, 1999, IN BOOK 990209 AS DOCUMENT NO. 01023, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved.

☐ Disapproved.

☒ Failed to respond. – Debtor's Attorney/Trustee

###

Submitted by:

<u>/s/ ACE C. VAN PATTEN</u>
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO BANK, N.A.,
SUCCESSOR BY MERGER TO WELLS FARGO
BANK SOUTHWEST, N.A. FORMERLY KNOWN
AS WACHOVIA MORTGAGE, FSB, FORMERLY
KNOWN AS WORLD SAVINGS BANK, FSB