**Entered on Docket**
**August 06, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
ACE C. VAN PATTEN (NV Bar #11731)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD
SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ERICK ALBERTO RODRIGUEZ,<br><br>        Debtor(s). | Bankruptcy Case No. BK-S-10-11172-MKN<br>Chapter 7<br><br>WELLS FARGO BANK, N.A.,<br>SUCCESSOR BY MERGER TO WELLS<br>FARGO BANK SOUTHWEST, N.A.<br>FORMERLY KNOWN AS WACHOVIA<br>MORTGAGE, FSB, FORMERLY KNOWN<br>AS WORLD SAVINGS BANK, FSB'S<br>ORDER TERMINATING AUTOMATIC<br>STAY<br>Date:   July 21, 2010<br>Time:   1:30 p.m. |

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to

2  Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, formerly

3  known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on

4  regularly for hearing in the United States Bankruptcy Court before the Honorable Mike K.

5  Nakagawa, Ace Van Patten appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 2494

12  Maple Berry Court, Las Vegas, Nevada 89135 ("Real Property"), which is legally described as:

13    SEE LEGAL DESCRIPTION ATTACHED
14    HERETO AS EXHIBIT A AND MADE A PART
     HEREOF.

15

16    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

17  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

18  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

19  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

20  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

21  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

22  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

23  provide 7 days' notice to the Debtor(s).

24  /././

25  /././

26  /././

27  /././

28  /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____       _____
SAMUEL A. SCHWARTZ            WILLIAM A. LEONARD
DEBTOR(S) ATTORNEY           TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

EXHIBIT "A"

PARCEL ONE (1):

LOT FOURTEEN (14) BLOCK FORTY-FOUR (44) OF RED ROCK COUNTRY
CLUB AT SUMMERLIN – UNIT 1C, AS SHOWN BY MAP THEREOF ON FILE IN
BOOK 85, OF PLATS, PAGE 83, IN THE OFFICE OF THE COUNTY RECORDER
OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND
RECREATIONAL USE ON AND OVER THE COMMON AREA AS SET FORTH IN
THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS
FOR SUMMERLIN SOUTH COMMUNITY ASSOCIATION RECORDED
SEPTEMBER 29, 1997 IN BOOK 970929 AS DOCUMENT NO. 00789, AND RE-
RECORDED OCTOBER 8, 1997 IN BOOK 971008 AS DOCUMENT NUMBER
00484, AND THE DECLARATION OF COVENANTS, CONDITIONS AND
RESTRICTIONS AND RESERVATION OF EASEMENTS FOR RED ROCK
COUNTRY CLUB RECORDED FEBRUARY 9, 1999, IN BOOK 990209 AS
DOCUMENT NO. 01023, AS THE SAME MAY FROM TIME TO TIME BE
AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY
RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS
APPURTENANT TO PARCEL ONE (1).

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021.

☐    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☒    Failed to respond. - Debtor's Attorney/Trustee

###

Submitted by:

/s/ ACE C. VAN PATTEN
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO BANK, N.A.,
SUCCESSOR BY MERGER TO WELLS FARGO
BANK SOUTHWEST, N.A. FORMERLY KNOWN
AS WACHOVIA MORTGAGE, FSB, FORMERLY
KNOWN AS WORLD SAVINGS BANK, FSB